# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN L. CLARK,<br>a/k/a　JOHNNY CLARK<br>[DOB:　08/12/1972]<br><br>　　　　　　Defendant. | Case No. _____<br><br>**COUNT ONE**:<br>**Possession of Child Obscenity**<br>18 U.S.C. § 1466A(b)(1) and (d)<br>NLT 10 Years Imprisonment<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>Supervised Release: 5 years to Life<br>Class C Felony<br><br>Forfeiture Allegation:<br>18 U.S.C. § 1467<br><br>$100 Mandatory Special Assessment |

## I N D I C T M E N T

### THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about October 23, 2018, the date being approximate, in the Western District of Missouri, JOHN L. CLARK, a/k/a Johnny Clark, defendant herein, knowingly possessed visual depictions, which depict minors engaging in sexually explicit conduct and which are obscene; and the visual depictions had been transported in interstate or foreign commerce by any means, including by computer, and was produced using materials that had been transported in interstate or foreign commerce by any means, including by computer, and a means and instrumentality of interstate or foreign commerce was used in committing the offense, all in violation of Title 18, United States Code, Sections 1466A(b)(1) and (d).

### FORFEITURE ALLEGATION

The allegations contained in Count One are realleged and are incorporated by reference herein for the purpose of alleging forfeiture of:  any obscene material produced, transported, mailed, shipped, or received in violation Title 18, United States Code, Section 1466A, or any

property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense; including, but not limited to the following:

1. One gray LG GPLGL157BGB cell phone, s/n 803VTZC122509;

2. One Samsung 32GB EVO microSD card;

3. One black Dell TTYFJA00 laptop with service tag JX8RV32; and

4. One Toshiba 500GB MQ01ABF050 SATA hard drive, s/n 551RTY2JT.

All in violation of Title 18, United States Code, Section 1467.

TRUE BILL.

Date: _____1/7/2020_____     _/s/ Pamela Carter-Smith_____
                                 FOREPERSON OF THE GRAND JURY

_/s/ Catherine A. Connelly_____
Catherine A. Connelly
Assistant United States Attorney

2